# DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
## FOURTH DISTRICT

**VICTORIA GRACE GARCIA,**
Appellant,

v.

**MARK CIARFELLA,**
Appellee.

No. 4D2024-1369

[October 30, 2025]

Appeal from the Circuit Court for the Fifteenth Judicial Circuit, Palm Beach County; Rosemarie Scher, Judge; L.T. Case No. 502020DR008373.

Matthew S. Nugent and Joshua J. Arbogast of The Law Offices of Nugent Zborowski, North Palm Beach, for appellant.

Benjamin T. Hodas of Rottenstreich Farley Bronstein Fisher Potter Hodas, LLP, West Palm Beach, for appellee.

PER CURIAM.

*Affirmed.*

KUNTZ, C.J., MAY and SHAW, JJ., concur.

\*          \*          \*

***Not final until disposition of timely-filed motion for rehearing.***